Ardashes Boroyan et al., appellees, v. Mamoog Monsesian et al., appellants. Gen. No. 38,618.

Opinion filed December 9, 1936. Rehearing denied December 28, 1936.

Maurice R. Marchello, for appellants; Leo L. Donahoe, of counsel. Lefkow & Lefkow, for appellees.

Mr. Justice Hall delivered the opinion of the court.

Jean S. Geary, appellee, v. The Great Atlantic and Pacific Tea Company, appellant. Gen. No. 38,632.

Opinion filed December 9, 1936. Rehearing denied December 28, 1936.

Ashcraft & Ashcraft, for appellant; Russell F. Locke and Rufus D. Beach, of counsel. Milton Hart, for appellee; John F. Higgins, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Vasilios Demetropoulos, also known as William Demos, appellant, v. Albert J. Horan and William Ondreicka, appellee. Gen. No. 38,642.

Opinion filed December 9, 1936.

G. A. Buresh, for appellant. Vincent Magorien, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Ida E. McGrath, executrix of the last will and testament of John P. McGrath, deceased, appellee, v. Robt. Stevenson and Company, Inc., appellant. Gen. No. 38,628.

Opinion filed December 9, 1936. Rehearing denied December 28, 1936.

Dent, Weichelt & Hampton, for appellant. Ryan, Condon & Livingston, for appellee; James G. Condon and John M. Tuohy, of counsel.

Mr. Justice Hebel delivered the opinion of the court.